UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                          **ORDER**
      v.                                                     12-CR-235

FRED KEYS,

                                    Defendant.

---

     This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings. Defendant filed a motion to suppress statements that he made on April 2, 2013 (Dkt. No. 246). An evidentiary hearing was held on November 6, 2013, and the government submitted a post hearing brief (Dkt. No. 359) on February 24, 2014. Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 471) on December 17, 2014 recommending that defendant Fred Keys' motion to suppress (Dkt. No. 246) should be denied. No objections were filed within the deadline set forth in the Report and Recommendation.

     It is hereby **ORDERED**, after *de novo* review, and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant Keys' motion to suppress statements that he made on April 2, 2013 is denied. The Report and Recommendation (Dkt. No. 471) is therefore adopted in its entirety.

**IT IS SO ORDERED.**

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   January 12, 2015